Robert W. Cohen (SBN 150310)
rwc@robertwcohenlaw.com
Mariko Taenaka (SBN 273895)
mt@robertwcohenlaw.com
LAW OFFICES OF ROBERT W. COHEN
A Professional Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 282-7586
Facsimile: (310) 282-7589

Attorneys for Plaintiff
KANAME NISHITORA

Brandon A. Takahashi (SBN 248883)
btakahashi@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 W. 5t Street, 47t Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
HIT World Corporation

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANAME NISHITORA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HIT WORLD CORPORATION., a California corporation, and DOES 1 through 25,<br><br>　　　　　Defendants. | **CASE NO. 2:18-CV-07645-R-PLA**<br><br>*Honorable Manuel L. Real*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

# **ORDER**

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii); and

2. Each party shall bear his or its own costs, disbursements, and attorneys' fees.

IT IS SO ORDERED.

Date: May 6, 2019

_____
Honorable Manuel L. Real
United States District Court Judge